# Exhibit A

 Gmail

**Ian Blumberg <ianblumberg12@gmail.com>**

## Computer Science(CMSC132) Unfair Testing Environment(UID #117941067)

**Ian Blumberg** <ianblumberg12@gmail.com>                                                    Sat, Apr 26, 2025 at 2:3.
To: David Blumberg <davidsurg@aol.com>



[Quoted text hidden]
---------- Forwarded message ----------
From: Accessibility and Disability Service Testing Office <adstest@umd.edu>
To: Pedram Sadeghian <psadeghi@umd.edu>
Cc: Ian Blumberg <ianblumberg12@gmail.com>
Bcc:
Date: Thu, 15 Dec 2022 19:33:14 -0500
Subject: CMSC 132 Exam Disruptions
Hello Instructor,

While proctoring an exam for Ian Blumberg today, there were significant disruptions throughout the exam. Our proctors
also noted the loudness of students outside of the testing room, despite attempting to lower the volume several times.
Understandably, this caused distractions for Ian during the exam, potentially preventing him from working as effectively as
possible.  We would encourage you to consider these factors when grading his exam.

Best,
Jonathan

-----
**ADS Testing Office**
0118 Shoemaker Bldg.
4281 Chapel Lane
College Park, MD 20742
Phone: 301-314-7217
Email: adstest@umd.edu
https://counseling.umd.edu/ads/testingoffice
Final Exam Hours: Monday - Friday 8:00AM-7:00PM, Saturdays 8:00AM-4:00PM

-------

Advance Reservation Requirement
Students must make accommodated testing reservations 1 week in advance of the test date.

Timeframes for Exam Submissions by Instructors
All exam materials and Testing Authorization Form (TAF) information must be submitted to ADS by 12 pm.
• 2 business days prior to the exam date for final exams.

Cancellation of Exams by ADS
• A student's exam reservation will be cancelled if the exam materials and TAF information is not submitted on time.
• If the exam is cancelled, instructors may either administer the accommodated exam themselves OR assist the student in
rescheduling the exam with ADS.
• Contact ADS Testing for rescheduling

---------- Forwarded message ----------
From: Ian Blumberg <ianblumberg12@gmail.com>
To: Pedram Sadeghian <psadeghi@umd.edu>
Cc:
Bcc:

Date: Fri, 16 Dec 2022 02:03:50 -0500
Subject: Final Exam Unfair Testing Environment
Dear Pedram,

By now you have received a letter from the ADS Testing Office documenting that I was not granted the appropriate accommodations for taking the exam. I usually take my examination at the Shoemaker Building in a small testing room with no noise outside. Because of the large number of people taking the exams during finals week, the ADS center repurposed classrooms around campus instead which led me to take the exam at Tyding's hall.

Unfortunately the ADS center did not provide with the appropriate accommodations of a quiet environment, because they did not account for students without accommodations getting out of their exams and congregating outside exam rooms before I was done. In addition, there was no crowd control that was created. For thirty minutes during the exam, there was a large crowd of students gathering outside the taking center(Tydings Hall) screaming and celebrating completing their examinations. I complained to the proctor multiple times during the test, and she agreed the noise level was unreasonable and she made multiple futile attempts to stop the crowd that was congregating and making the noise.

During this thirty minute time interval I was working on the Insertion Sort problem, but I had difficulty focusing because people were screaming, (as you know I was on the right track to solve the problem, as I asked for clarification and wanted to know about the compareTo method.(Which I knew I had to use))
I initially coded up the problem with the code that you gave me, and because I was not able to concentrate because of the deafening noise outside, I anticipated completing it toward the end of the examination and I expected to get extra time as I have accommodations for a quiet testing environment.
Towards the end of the exam, I went back to put my answer in for the Insertion Sort problem and realized that the remaining time for the examination was almost over.
 Subsequentially, I spoke to the proctor and requested make up time for the 30 minute interruption for my examination, and she agreed I should be granted extra time, but only allowed me an additional five minutes instead of the full 30 minute period. While acknowledging that my test was interrupted by these outbursts, I feel like I was cheated by not getting the full thirty minutes extra time.
Since I was only afforded five additional minutes, I never got to correct the Insertion Sort problem.(Using the CompareTo method), and I had to race to finish the multiple choice and two last methods.(BST method 2nd to last problem and BST last problem)
I know that if I had at least another 20-30 minutes of time I would have figured it out by tracing out the code and would not had to haphazardly rush through the last two methods and may not have messed up on some going through the traversals recursively, and some of the multiple choice.
I would appreciate if you would  please consider giving me at least partial credit for these exam questions as I know that if I would have been given the appropriate time for this unusual outburst I would have solved them.

I know you have always been very kind and fair in the past, especially during my family crisis situation and I am very thankful that you were my professor this semester.

I would appreciate if I could speak to you in person about this tomorrow and I am available anytime.

Sincerely,
Ian Blumberg


---------- Forwarded message ----------
From: Accessibility and Disability Service Testing Office <adstest@umd.edu>
To: Pedram Sadeghian <psadeghi@umd.edu>
Cc: Ian Blumberg <ianblumberg12@gmail.com>
Bcc:
Date: Thu, 15 Dec 2022 19:33:14 -0500
Subject: CMSC 132 Exam Disruptions
Hello Instructor,

While proctoring an exam for Ian Blumberg today, there were significant disruptions throughout the exam. Our proctors also noted the loudness of students outside of the testing room, despite attempting to lower the volume several times. Understandably, this caused distractions for Ian during the exam, potentially preventing him from working as effectively as possible.  We would encourage you to consider these factors when grading his exam.

Best,
Jonathan

-----

**ADS Testing Office**
0118 Shoemaker Bldg.
4281 Chapel Lane
College Park, MD 20742
Phone: 301-314-7217
Email: adstest@umd.edu
https://counseling.umd.edu/ads/testingoffice
Final Exam Hours: Monday - Friday 8:00AM-7:00PM, Saturdays 8:00AM-4:00PM



-------

Advance Reservation Requirement
Students must make accommodated testing reservations 1 week in advance of the test date.

Timeframes for Exam Submissions by Instructors
All exam materials and Testing Authorization Form (TAF) information must be submitted to ADS by 12 pm.
• 2 business days prior to the exam date for final exams.

Cancellation of Exams by ADS
• A student's exam reservation will be cancelled if the exam materials and TAF information is not submitted on time.
• If the exam is cancelled, instructors may either administer the accommodated exam themselves OR assist the student in rescheduling the exam with ADS.
• Contact ADS Testing for rescheduling


---------- Forwarded message ----------
From: Ian Blumberg <ianblumberg12@gmail.com>
To: Pedram Sadeghian <psadeghi@umd.edu>
Cc:
Bcc:
Date: Fri, 16 Dec 2022 02:03:50 -0500
Subject: Final Exam Unfair Testing Environment
Dear Pedram,

By now you have received a letter from the ADS Testing Office documenting that I was not granted the appropriate accommodations for taking the exam. I usually take my examination at the Shoemaker Building in a small testing room with no noise outside. Because of the large number of people taking the exams during finals week, the ADS center repurposed classrooms around campus instead which led me to take the exam at Tyding's hall.

Unfortunately the ADS center did not provide with the appropriate accommodations of a quiet environment, because they did not account for students without accommodations getting out of their exams and congregating outside exam rooms before I was done. In addition, there was no crowd control that was established. For thirty minutes during the exam, there was a large crowd of students gathering outside the taking center(Tydings Hall) screaming and celebrating completing their examinations. I complained to the proctor multiple times during the test, and she agreed the noise level was unreasonable and she made multiple futile attempts to stop the crowd that was congregating and making the noise.

During this thirty minute time interval I was working on the Insertion Sort problem, but I had difficulty focusing because people were screaming, (as you know I was on the right track to solve the problem, as I asked for clarification and wanted to know about the compareTo method.(Which I knew I had to use))
I initially coded up the problem with the code that you gave me, and because I was not able to concentrate because of the deafening noise outside, I anticipated completing it toward the end of the examination and I expected to get extra time as I have accommodations for a quiet testing environment.
Towards the end of the exam, I went back to put my answer in for the Insertion Sort problem and realized that the remaining time for the examination was almost over.
 Subsequentially, I spoke to the proctor and requested make up time for the 30 minute interruption for my examination, and she agreed I should be granted extra time, but only allowed me an additional five minutes instead of the full 30 minute period. While acknowledging that my test was interrupted by these outbursts, I feel like I was cheated by not getting the full thirty minutes extra time.
Since I was only afforded five additional minutes, I never got to correct the Insertion Sort problem.(Using the CompareTo method), and I had to race to finish the multiple choice and two last methods.(BST method 2nd to last problem and BST last problem)
I know that if I had at least another 20-30 minutes of time I would have figured it out by tracing out the code and would not had to haphazardly rush through the last two methods and may not have messed up on some going through the traversals recursively, and some of the multiple choice.

I would appreciate if you would  please consider giving me at least partial credit for these exam questions as I know that if I would have been given the appropriate time for this unusual outburst I would have solved them.

I know you have always been very kind and fair in the past, especially during my family crisis situation and I am very thankful that you were my professor this semester.

I would appreciate if I could speak to you in person about this tomorrow and I am available anytime.

Sincerely,
Ian Blumberg



**2 attachments**

    **CMSC 132 Exam Disruptions.eml**
    12K

    **Final Exam Unfair Testing Environment.eml**
    8K