# Exhibit F



Ian Blumberg <ianblumberg12@gmail.com>

## MATH401-Makeup Exam



**Ian Blumberg** <ianblumberg12@gmail.com>　　　　　　　　　　　　　　　　　　　　　　Tue, Apr 22, 2025 at 1:0
To: Junyan Zhao <jzhao81@umd.edu>, lcw@math.umd.edu

Dear Dr. Washington and Dr. Zhao,

Thank you again for your time and support throughout this process.

I am writing to formally request the opportunity to retake the MATH401 in-class midterm exam. I prepared extensively for over a week, but due to the overwhelming stress caused by the ongoing matter with the Office of Student Conduct, I was unable to focus and even misread the instructions during the exam.

Dr. Zhao, my mother and I mentioned this to you last Wednesday that I was concerned I had bombed the exam before you had graded my exam.

As you both know, I have maintained strong performance in this course and had a 100% average prior to the midterm. I am confident my performance does not reflect my understanding of the material, but rather the significant impact this situation has had on me.

My family in New York City, deeply concerned about how this matter has been handled, has reached out to UMD's legal counsel.

This is due to the Office of Student Conduct's decision to continue pursuing the case despite the expert input of Dr. Erin Jones, Director of UMD's ADHD SUCCEEDS Program, and both your support for resolving the issue.

Thank you again for your kindness and for all the support you have shown.

Sincerely,
Ian Blumberg